# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3212
_____

LOUIS MERCADO,

Appellant,

v.

JACOB SOREY, Warden, Wakulla
Correctional Institution; MARK
S. INCH, Secretary, Florida
Department of Corrections,

Appellees.

_____

On appeal from the Circuit Court for Wakulla County.
John C. Cooper, Judge.

April 8, 2019

PER CURIAM.

AFFIRMED.

WOLF, WINOKUR, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Louis Mercado, pro se, Appellant.

Ashley Moody, Attorney General, and Robert Quentin Humphrey, Assistant Attorney General, Tallahassee; Kenneth S. Steely, General Counsel, Florida Department of Corrections, Tallahassee, for Appellees.